IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCES Y. SAUNDERS,

    Plaintiff,

vs.                                                      1:09-cv-164-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion For 4-Day Extension Of Time To File Memorandum Of Law. (Doc. 22.) Plaintiff requests an extension of time to file her Memorandum until August 5, 2011. Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies that Defendant's counsel has been contacted and that Defendant does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion For 4-Day Extension Of Time To File Memorandum Of Law (Doc. 22) is **GRANTED**. Plaintiff shall file her memorandum on or before **August 5, 2011**.

**DONE AND ORDERED** this 2nd day of August, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge