IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCES Y. SAUNDERS,

    Plaintiff,

v.        CASE NO. 1:09cv164-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 1, 2012. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE and ORDERED** this 2nd day of May, 2012.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **CHIEF UNITED STATES DISTRICT JUDGE**